IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CANDACE ALSTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:15-cv-03394-JFM |
| | ) | |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Candace Alston hereby dismisses with prejudice her Complaint, claims and pleadings filed against Defendant Equifax with Plaintiff and Defendant bearing their own attorney's fees, expert's fees and costs.

Respectfully submitted,

*/Quinn Lobato/*

Quinn Lobato (ID# 18579)
8583 Seasons Way, Lanham, MD 20706
(240) 305-4770
quinn.lobato@gmail.com
*Attorney for Plaintiff Candace Alston*

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2018, a copy of the foregoing Notice of Dismissal With Prejudice was caused to be served on all parties by filing this document with the Clerk of Court under the Court's CM/EMF system, which electronically transmits a copy to the registered participants as identified on the Notice of Electronic Filing.

*/Quinn Lobato/*