IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| | * |
| **CANDACE ALSTON.** | * |
| **Plaintiff** | * |
| | * **CIVIL NO.  JFM-15-3394** |
| **v.** | * |
| | * |
| **EQUIFAX INFORMATION SERVICES, LLC** | * |
| | * |
| **Defendant** | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

In light of the Notice of Dismissal With Prejudice filed on February 7, 2018 (ECF No. 87), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this _____B_____ day of February, 2018.

BY THE COURT:

_____
James K. Bredar
Chief Judge